Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

>    Case No.:  13−12191−VFP
>    Chapter:  13
>    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Grant L. Randolph | Julia M. Randolph |
| 1124 Morris Street | 1124 Morris Street |
| Roselle, NJ 07203 | Roselle, NJ 07203 |

Social Security No.:
   xxx−xx−5175                                            xxx−xx−3293

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:              October 20, 2016
Time:              11:00 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*79* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/14/2016. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*81* – Certification in Opposition to (related document:79 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/14/2016. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Bruce W. Radowitz on behalf of Grant L. Randolph, Julia M. Randolph. (Attachments: # 1 proof of payment) (Radowitz, Bruce)

and transact such other business as may properly come before the meeting.

Dated: September 12, 2016
JJW: jf

>                                  James J. Waldron
>                                  Clerk