Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                        Case No.:  13−12191−VFP
                                        Chapter:  13
                                        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Grant L. Randolph                                   Julia M. Randolph
   1124 Morris Street                                   1124 Morris Street
   Roselle, NJ 07203                                   Roselle, NJ 07203

Social Security No.:
   xxx−xx−5175                                          xxx−xx−3293

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:               October 20, 2016
Time:              11:00 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*79* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/14/2016. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*81* – Certification in Opposition to (related document:79 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/14/2016. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Bruce W. Radowitz on behalf of Grant L. Randolph, Julia M. Randolph. (Attachments: # 1 proof of payment) (Radowitz, Bruce)

and transact such other business as may properly come before the meeting.


Dated: September 12, 2016
JJW: jf

                                                                                                            James J. Waldron
                                                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 13-12191-VFP
Grant L. Randolph                                                   Chapter 13
Julia M. Randolph
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Sep 12, 2016
                              Form ID: 173             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2016.
db/jdb         +Grant L. Randolph,   Julia M. Randolph,   1124 Morris Street,   Roselle, NJ 07203-2718

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2016 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Bruce W. Radowitz    on behalf of Joint Debtor Julia M. Randolph bradowitz@comcast.net
          Bruce W. Radowitz    on behalf of Debtor Grant L. Randolph bradowitz@comcast.net
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA
           bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 5