UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
45396
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Hyundai Capital America

Order Filed on January 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GRANT RANDOLPH
JULIA RANDOLPH

Case No.: 13-12191

Adv. No.:

Hearing Date: 12-19-17

Judge:  VFP

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 12, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Grant and Julia Randolph**
**13-12191(VFP)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Hyundai Capital America, with the appearance of Bruce Radowitz, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Hyundai Capital America is the holder of a first purchase money security interest encumbering a 2012 Hyundai Sonata bearing vehicle identification number 5NPEC4AC8CH388809 (hereinafter the "vehicle").

2. **Curing arrears:**  To cure arrears, the debtors shall make an immediate payment to Hyundai of $1563.52.  The debtors shall thereafter make a payment to Hyundai Capital America in an amount sufficient to pay off the retail installment contract by 1-16-18. In the event the check for $1563.52 is returned NSF, Hyundai shall receive immediate stay relief without any application to the court or notice to the debtors or their attorney to immediately repossess and sell the vehicle.*

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract.  In the event of a lapse of insurance for any period of time without intervening coverage, Hyundai Capital America shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney.

4. The debtor shall pay to Hyundai Capital America through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.

*upon submission of a proposed Order granting stay relief on notice to Debtors' counsel