UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
45396
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Hyundai Capital America

**Order Filed on January 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

GRANT RANDOLPH
JULIA RANDOLPH

Case No.: 13-12191

Adv. No.:

Hearing Date: 12-19-17

Judge: VFP

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 12, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Grant and Julia Randolph**
**13-12191(VFP)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Hyundai Capital America, with the appearance of Bruce Radowitz, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Hyundai Capital America is the holder of a first purchase money security interest encumbering a 2012 Hyundai Sonata bearing vehicle identification number 5NPEC4AC8CH388809 (hereinafter the "vehicle").

2. **Curing arrears:**  To cure arrears, the debtors shall make an immediate payment to Hyundai of $1563.52.  The debtors shall thereafter make a payment to Hyundai Capital America in an amount sufficient to pay off the retail installment contract by 1-16-18<u>.  In the event the check for $1563.52 is returned NSF, Hyundai shall receive immediate stay relief without any application to the court or notice to the debtors or their attorney to immediately repossess and sell the vehicle.</u>*

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract.  In the event of a lapse of insurance for any period of time without intervening coverage, Hyundai Capital America shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney.

4. The debtor shall pay to Hyundai Capital America through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.

*upon submission of a proposed Order granting stay relief on notice to Debtors' counsel

United States Bankruptcy Court
District of New Jersey

In re:
Grant L. Randolph
Julia M. Randolph
    Debtors

Case No. 13-12191-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 12, 2018
   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2018.
db/jdb    +Grant L. Randolph,    Julia M. Randolph,    1124 Morris Street,    Roselle, NJ 07203-2718

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2018 at the address(es) listed below:
       Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
       Bruce W. Radowitz    on behalf of Joint Debtor Julia M. Randolph bradowitz@comcast.net, r45676@notify.bestcase.com
       Bruce W. Radowitz     on behalf of Debtor Grant L. Randolph bradowitz@comcast.net, r45676@notify.bestcase.com
       Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
       John R. Morton, Jr.    on behalf of Creditor    Hyundai Capital America ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
       Marie-Ann Greenberg    magecf@magtrustee.com
                                                         TOTAL: 6