Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 13−12191−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Grant L. Randolph
1124 Morris Street
Roselle, NJ 07203

Julia M. Randolph
1124 Morris Street
Roselle, NJ 07203

Social Security No.:
xxx−xx−5175                                                  xxx−xx−3293

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/5/18 at 11:00 AM

to consider and act upon the following:

**92** − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 3/9/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

**95** − Certification in Opposition to (related document:92 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 3/9/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Bruce W. Radowitz on behalf of Grant L. Randolph, Julia M. Randolph. (Attachments: # 1 copy of payment) (Radowitz, Bruce)

Dated: 3/5/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-12191-VFP
Grant L. Randolph                                                         Chapter 13
Julia M. Randolph
     Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Mar 05, 2018
                              Form ID: ntchrgbk        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2018.
db/jdb        +Grant L. Randolph,    Julia M. Randolph,    1124 Morris Street,    Roselle, NJ 07203-2718

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Mar 06 2018 01:15:33
               Hyundai Capital America,    P.O. Box 20829,    Fountain Valley, CA 92728-0829
                                                                                              TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2018 at the address(es) listed below:
    Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
    Bruce W. Radowitz    on behalf of Joint Debtor Julia M. Randolph bradowitz@comcast.net,
     r45676@notify.bestcase.com
    Bruce W. Radowitz    on behalf of Debtor Grant L. Randolph bradowitz@comcast.net,
     r45676@notify.bestcase.com
    Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA
     bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
    John R. Morton, Jr.    on behalf of Creditor    Hyundai Capital America ecfmail@mortoncraig.com,
     mortoncraigecf@gmail.com
    Marie-Ann Greenberg    magecf@magtrustee.com
                                                                                 TOTAL: 6