**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Grant L. Randolph** | Social Security number or ITIN    xxx–xx–5175 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Julia M. Randolph** | Social Security number or ITIN    xxx–xx–3293 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    **13–12191–VFP**

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Grant L. Randolph                    Julia M. Randolph

7/6/18                    **By the court:** Vincent F. Papalia
                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-12191-VFP
Grant L. Randolph                                                          Chapter 13
Julia M. Randolph
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Jul 06, 2018
                             Form ID: 3180W        Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2018.
```
db/jdb      +Grant L. Randolph,   Julia M. Randolph,   1124 Morris Street,   Roselle, NJ 07203-2718
513656223   +Ameircan Express,   Po Box 1270,   Newark, NJ 07101-1270
513708178    AmeriFinancial Solutions, LLC,   Po Box 64488,   Baltimore, MD 21264-4488
513909907    Bank of America, N.A.,   c/o Prober & Raphael,   Attorneys For Secured Creditor,
              P.O. Box 4365,   Woodland Hills, CA 91365-4365
513681078   +Bank of America, N.A.,   Prober & Raphael,   20750 Ventura Boulevard, Suite 100,
              Woodland Hills, California 91364-6207
513989531   +CAPITAL ONE BANK (USA), N.A.,   PO Box 12907,   Norfolk VA 23541-0907
513708181    Charleston Emergency Services,   Po Box 10760,   Westminster, CA 92685-0760
513656228    Direct Merchants Bank,   Po Box 550680,   Jacksonville, FL 32255-4150
513656230   +Emerge,   Po Box 105555,   Atlanta, GA 30348-5555
513656231    Exxon Mobil,   Po Box 530962,   Atlanta, GA 30353-0962
513708168    First Health of the Carolinas,   Po Box 580484,   Charlotte, NC 28258-0484
513776327   +Nazar H. Haidri, MD,   2333 Morris Avenue Ste C109,   Union NJ 07083-5717
513708167   +Pinnacle FCU c/o Joel Cardis, LLC,   2006 Swede Rd.,  Suite 100,   E. Norriton, PA 19401-1787
513776328    Practice Associates Medical Group,   Po Box 416457,   Boston, MA 02241-6457
513656234   +Pressler & Pressler,   16 Wing Drive,   2nd Floor,   Cedar Knolls, NJ 07927-1007
513656237   +The Home Depot,   Po Box 790328,   Saint Louis, MO 63179-0328
513992793   +Trinitas Hospital,   c/o Pressler and Pressler, LLP.,   7 Entin Road,
              Parsippany NJ 07054-5020
513708170    Trinitas Regional Medical Center,   225 Williamson Street,   Elizabeth, NJ 07202-3625
513708171    Union Anest & Pain Management,   Po Box 415750,   Boston, MA 02241-5750
513708169    Union Imaging Associates PA,   Po Box 415913,   Boston MA 02241-5913
513708179   +University Hospital,   Po Box 3009,   Newark, NJ 07103-0009
513708175    University Radiology Group, PC,   Po Box 1075,   East Brunswick, NJ 08816-1075
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 06 2018 23:23:36   U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 06 2018 23:23:32   United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr          +EDI: HY11.COM Jul 07 2018 02:58:00   Hyundai Capital America,   P.O. Box 20829,
              Fountain Valley, CA 92728-0829
513656224   +EDI: AMEREXPR.COM Jul 07 2018 02:58:00   America Express,   Po Box 297871,
              Fort Lauderdale, FL 33329-7871
513956581    EDI: BECKLEE.COM Jul 07 2018 02:58:00   American Express Bank FSB,   c/o Becket and Lee LLP,
              POB 3001,   Malvern PA 19355-0701
513961579    EDI: BECKLEE.COM Jul 07 2018 02:58:00   American Express Centurion Bank,
              c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
513708177   +E-mail/Text: bankruptcynotices@abs-sca.com Jul 06 2018 23:24:32
              Applied Business Services, Inc,   Security Collection Agency,   617 Sounside Road,
              Edenton, North Carolina 27932-8922
513708174   +E-mail/Text: bankruptcynotices@abs-sca.com Jul 06 2018 23:24:32
              Applied Business Services, Inc,   Security Collection Agency,   617 Soundside Road,
              Edenton, North Carolina 27932-8922
513656225   +EDI: BANKAMER.COM Jul 07 2018 02:58:00   Bank of America Home Loan Servicing,   Po Box 15222,
              Wilmington, DE 19886-5222
513656236    EDI: CITICORP.COM Jul 07 2018 02:58:00   Shell,   Processing Ctr,   Des Moines, IA 50359
513656226   +EDI: CITICORP.COM Jul 07 2018 02:58:00   Citi,   Po Box 6500,   Sioux Falls, SD 57117-6500
513656229    EDI: DISCOVER.COM Jul 07 2018 02:58:00   Discover,   Po Box 15251,
              Wilmington, DE 19886-5251
513666929    EDI: DISCOVER.COM Jul 07 2018 02:58:00   Discover Bank,   DB Servicing Corporation,
              PO Box 3025,   New Albany, OH  43054-3025
513656232   +EDI: HY11.COM Jul 07 2018 02:58:00   Hyundai Motor Finance,   10550 Talbert Avenue,
              Fountain Valley, CA 92708
513832281   +EDI: HY11.COM Jul 07 2018 02:58:00   Hyundai Motor Finance,   PO Box 20809,
              Fountain Valley, CA 92728-0809
513708176    EDI: IIC9.COM Jul 07 2018 02:58:00   IC System, Inc,   Po Box 64886,
              St. Paul, MN 55164-0886
513947748    EDI: JEFFERSONCAP.COM Jul 07 2018 02:58:00   Jefferson Capital Systems LLC,   PO BOX 7999,
              SAINT CLOUD MN 56302-9617
513656233   +EDI: TSYS2.COM Jul 07 2018 02:58:00   Juniper,   Po Box 13337 Philadelphia,
              Philadelphia, PA 19101-3337
513708180   +E-mail/Text: egssupportservices@alorica.com Jul 06 2018 23:23:49   NCO Financial Systems, Inc,
              507 Prudential Road,   Horsham, PA 19044-2308
513905642   +EDI: OPHSUBSID.COM Jul 07 2018 02:58:00   OAK HARBOR CAPITAL VII, LLC,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
513708173   +E-mail/Text: janicemorgan@optimum.net Jul 06 2018 23:24:42   PDAB Inc,   66 Ford Rd,
              Suite 114,   Denville, NJ 07834-1300
514870975    EDI: PRA.COM Jul 07 2018 02:58:00   Portfolio Recovery Associates, LLC,   POB 41067,
              Norfolk, VA 23541
```

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Jul 06, 2018
                                 Form ID: 3180W           Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
514870976        EDI: PRA.COM Jul 07 2018 02:58:00        Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
513855043        EDI: PRA.COM Jul 07 2018 02:58:00        Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,    Norfolk VA 23541
513998252        EDI: PRA.COM Jul 07 2018 02:58:00        Portfolio Recovery Associates, LLC,
                 c/o Chase Bank Usa, N.a.,    POB 41067,    Norfolk VA 23541
513656235       +EDI: SEARS.COM Jul 07 2018 02:58:00        Sears,    Po Box 6282,    Sioux Falls, SD 57117-6282
513776364        EDI: WFFC.COM Jul 07 2018 02:58:00        Wells Fargo Bank NA,    PO Box 10438,
                 Des Moines IA    50306-0438
515296299       +EDI: WFFC.COM Jul 07 2018 02:58:00        Wells Fargo Bank, N.A.,
                 Attention: Bankruptcy Department,    /MAC #D3347-014,    3476 Stateview Blvd,
                 Fort Mill, South Carolina 29715-7203
513725924       +EDI: WFFC.COM Jul 07 2018 02:58:00        Wells Fargo Bank, N.A.,
                 Attention: Bankruptcy Department,    MAC #D3347-014,    3476 Stateview Blvd,
                 Fort Mill, SC 29715-7203
513708172        EDI: WFFC.COM Jul 07 2018 02:58:00        Wells Fargo Financial National Bank,    Po Box 660431,
                 Dallas TX 75266-0431
513656238        EDI: WFFC.COM Jul 07 2018 02:58:00        Wells Fargo Home Mortgage,    Po Box 1225,
                 Charlotte, NC 28201-1225
                                                                                          TOTAL: 31

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513656227*      +Citi,    Po Box 6500,    Sioux Falls, SD 57117-6500
                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2018 at the address(es) listed below:
```
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Bruce W. Radowitz    on behalf of Joint Debtor Julia M. Randolph bradowitz@comcast.net,
           r45676@notify.bestcase.com
          Bruce W. Radowitz    on behalf of Debtor Grant L. Randolph bradowitz@comcast.net,
           r45676@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA
           bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Hyundai Capital America ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
                                                                         TOTAL: 6
```